**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON & ROCHELLE DAVISON, et al.<br>　　　　Plaintiffs,<br>　　v.<br>HART BROADWAY, LLC dba<br>GRAND BALLROOM ON BROADWAY;<br>et al.<br>　　　　Defendants. | Case 2:07-CV-01894-LKK-CMK<br>**STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**I.**
STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED that the parties, due to a calendar conflict with defense attorney K.Stephen Swenson, hereby agree to reschedule the Status Conference in this case to a date certain of January 7, 2008.

November 19, 2007.　　DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　/sig/

　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　SCOTTLYNN HUBBARD, ESQ.
　　　　　　　　　　　　　　Attorney for Plaintiffs

**Stipulation and Order Rescheduling
Status Conference to Date Certain**

November 19, 2007.				LAW OFFICES OF K.STEPHEN SWENSON

							/sig/
						By:
						    K.STEPHEN SWENSON
						    Attorney for Defendants

## II.
## ORDER RESCHEDULING STATUS CONFERENCE

HAVING CONSIDERED the Stipulation to reschedule the Status Conference in this case, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Status Conference currently scheduled for December 3, 2007, be and hereby is rescheduled to **January 22, 2008, at 3:30 P.M..**

**IT IS SO ORDERED.**

Dated: November 20, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order Rescheduling
Status Conference to Date Certain**