UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVISON, ANNA LEYDEN,
ROCHELLE DAVISON, and
GLORIA LEYDEN,

        NO. CIV. S-07-1894 LKK/CMK

    Plaintiffs,

  v.

HART BROADWAY, LLC dba         O R D E R
GRAND BALLROOM ON
BROADWAY; and DOES 1
through 10,

    Defendants.
_____/

    Pursuant to the telephone conference held on March 10, 2009, the court orders as follows:

    1.   The scheduling order is AMENDED to reflect that all discovery is closed, EXCEPT that plaintiffs shall depose Eric Hart and Allison Hart between September 28 and September 30, 2009;

    2.   Plaintiffs' motion for unspecified relief under Fed. R. Civ. P. 16(f) is otherwise DENIED;

1

3.  Defendant's request for fees and costs incurred in opposing this motion is DENIED;

4.  The hearing set for March 12, 2009 is VACATED.

IT IS SO ORDERED.

DATED: March 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT