```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  JASON DAVISON, et al.,
                                        NO. Civ.S-07-1894 LKK/CMK
11           Plaintiffs,
12       v.                             ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
13  HART BROADWAY, LLC,                 NOTIFICATION OF SETTLEMENT
14           Defendant.
                                      /
15
```

16    Counsel for plaintiffs has filed a Notice of Settlement in the
17 above-captioned case.  The court now orders that the dispositional
18 documents disposing of the case be filed no later than twenty (20)
19 days from the effective date of this order.
20    All hearing dates heretofore set in this matter are hereby
21 **VACATED**.
22    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
23 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
24 ////
25 ////
26 ////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  August 13, 2008.

```
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2