1   LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD IV, SBN 212970
2   LAW OFFICES OF LYNN HUBBARD
    12 WILLIAMSBURG LANE
3   CHICO, CALIFORNIA 95926
    Telephone: (530) 895-3252
4   Facsimile:   (530) 894-8244
    E-mail: usdceast@hubslaw.com
5
6   Attorneys for Plaintiffs Jason Davidson, et al

7   K. STEPHEN SWENSON, SBN 158009
    LAW OFFICES OF K. STEVEN SWENSON
8   2485 NOTRE DAME BLVD., SUITE 370E
    CHICO, CALIFORNIA 95928
9   Telephone: (916) 448-0159
    Facsimile: (916) 558-4839
10  E-mail: swensonlawgroup@yahoo.com

11  Attorney for Defendants Hart Broadway, et al

12

13

14

15                  UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17  JASON   DAVIDSON,   ANNA   LEYDEN,      Case No. CIV.S-07-01894-LKK-CMK
    ROCHELLE   DAVIDSON,   and   GLORIA
18  LEYDEN,

19         Plaintiff,                         **STIPULATION OF DISMISSAL AND
                                              ORDER THEREON**
20  v.

21  HART BROADWAY, LLC dba THE GRAND
    BALLROOM on BROADWAY,
22

23         Defendants.
    _____/

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon          *Davidson v Hart Broadway, et al.*
                                                               CIV. S-07-01894-LKK-CMK

1  TO THE COURT AND ALL PARTIES:

2        Pursuant to a Settlement Agreement and Release between plaintiff, JASON

3  DAVIDSON, ANNA LEYDEN, ROCHELLE DAVIDSON, and GLORIA LEYDEN, and

4  defendants, HART BROADWAY, LLC dba THE GRAND BALLROOM ON BROADWAY,

5  and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be

6  dismissed with prejudice from the above-entitled action.

7

8

9  Dated: August 14, 2009              DISABLED ADVOCACY GROUP, APLC

10

11                                     *s/s Lynn Hubbard, III*
                                       LYNN HUBBARD, III
12                                     Attorney for Plaintiffs

13

14  Dated: August 14, 2009             LAW OFFICES OF K. STEVEN SWENSON

15

16                                     *s/s K. Stephen Swenson*
                                       K. STEPHEN SWENSON
17                                     Attorney for Defendants

18

19

20                                  **ORDER**

21        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-

22  01894-LKK-CMK, is hereby dismissed with prejudice.

23

24  Dated: August 17, 2009.

25

26                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
27                                     UNITED STATES DISTRICT COURT

28

Stipulation of Dismissal and [Proposed] Order Thereon          *Davidson v Hart Broadway, et al.*
                                    - 2 -                        CIV. S-07-01894-LKK-CMK